UNITED STATES

v.

WILLIAM BUCKLEN

1808

JOURNAL ENTRIES

1. Recognizance . . . . . . . . . . . *Journal, infra,* *p. 151
2. Plea; issue . . . . . . . . . . . . " 158
3. Jurors; verdict; discharge . . . . . . . . . . " 162

PAPERS IN FILE

[None]